

# NUMBER 13-26-00080-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CHRISTINE LOUISE FOSTER, Appellant,

v.

LAKEVIEW LOAN SERVICING, LLC, Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF BRAZOS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant's failure to file a brief.[1] On May 13, 2026, the Clerk of the Court notified appellant that her brief was past due. Appellant was

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE §§ 22.220(a) (delineating the jurisdiction of appellate courts); 73.001 (granting the supreme court authority to transfer cases from one court of appeals to another at any time there is "good cause" for the transfer).

further notified that if she fails to reasonably explain her failure to file a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, appellant has failed to file a brief and has not otherwise responded to the clerk's notices. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

CLARISSA SILVA
Justice

Delivered and filed on the
2nd day of July, 2026.